Commonwealth ex rel. Kulp *v.* Hoffman, Appellant.

Argued March 8, 1976. *F. Lee Shipman*, with him *Goldberg, Evans & Katzman*, for appellant; *Richard L. Kearns*, with him *Thomas D. Caldwell, Jr.*, and *Caldwell, Clouser & Kearns*, for appellee.

Order affirmed.

Commonwealth ex rel. McBride, Appellant, *v.* McBride, et al.

Argued March 8, 1976. *Donald Marritz*, for appellant; *Daniel E. Teeter*, submitted a brief for appellees.

Order affirmed.

Commonwealth ex rel. Sokol *v.* Sokol, Appellant.

Argued March 17, 1976. *John J. Rufe*, for appellant; *Stewart J. Greenleaf*, with him *William R. Cooper, Emory W. Buck*, and *Cooper and Greenleaf*, for appellee.

Order affirmed.